v.

**Robert A. McDONALD, Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2015–7002.

United States Court of Appeals, Federal Circuit.

Oct. 15, 2015.

**PURE FISHING, INC., an IOWA Corporation, Plaintiff–Cross–Appellant**

v.

**NORMARK CORPORATION, a Minnesota Corporation, dba Rapala, Defendant–Appellant.**

Nos. 2014–1300, 2015–1167, 2015–1168.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2015.

Marcus Angelo Manos, Nexsen Pruet PLLC, Columbia, SC, argued for plaintiff-cross-appellant. Also represented by Daniel Charles Leonardi.

John Thomas Vitt, Dorsey & Whitney LLP, Minneapolis, MN, argued for defendant-appellant. Also represented by Shannon L. Bjorklund, Michael Weinbeck; Alan Randolph Marshall, Dority & Manning, P.A., Greenville, SC.

NEWMAN, CLEVENGER, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**